

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00052-CR

| | | |
|---|---|---|
| HARRY THEODORE LEVINE, Appellant | § | On Appeal from the 355th District Court |
| | § | of Hood County (CR15647) |
| v. | § | October 17, 2024 |
| | § | Memorandum Opinion by Justice Bassel |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in one of the trial court's judgments. We modify the Count Four judgment to delete the restitution of $958 to William Ray Lee and $100 to Rodrigo Barrera Jr., leaving only the restitution of $180 owed to the Texas Department of Public Safety,

and we affirm that judgment as modified. We affirm the trial court's Count One, Two, Three, and Six judgments.

SECOND DISTRICT COURT OF APPEALS


By  /s/ Dabney Bassel
    Justice Dabney Bassel